## Jade Augustine

**From:** Scott Merrifield
**Sent:** Monday, November 13, 2006 11:22 AM
**To:** Jade Augustine
**Cc:** Ron Hayman
**Subject:** Camacho

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

Jade:

I need some guidance. The past weeks performance based off of team track shows nothing accomplished.

I am getting concerned that he may not be a correct fit for the Careerbuilder model and may have to make a difficult decision soon.

Also, I believe that his _____ with our own team is causing _____ with the Helpdesk, and Server Infrastructure team specifically in Chicago. That observation is from _____ of relating to other people outside of his work cell and responsibilities with pay and responsibility. Also, from discussions with _____ (and rumblings from his people), and _____

Let me know what steps I need to take to make sure the business is not impacted by this potential decision, whether or not I execute it.

**Scott Merrifield**
CCNA, MCSE, MCP+I, CNA
Network Engineer/Team Lead
careerbuilder.com

**EXHIBIT B**
DOL FILE