**08 C 448**

From: Scott Merrifield
Sent: Wednesday, January 10, 2007 7:21 PM
To: Valerie Kilgore; Jade Augustine
Subject: Employee Termination

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

Jade/Valerie:

I need to know the steps I need to take to terminate an employee.

Please assist me as this will be the first time through this process and do not want to overstep any boundaries that could compromise the company.

Thanks,

Scott Merrifield
CCNA, MCSE, MCP+I, CNA
Network Engineer/Team Lead

**EXHIBIT C**