**08 C 448**

# Sarah Holum

| | |
|---|---|
| From: | Sarah Holum |
| Sent: | Wednesday, January 17, 2007 8:46 AM |
| To: | Margo Lowenstein |
| Subject: | Camacho |
| Importance: | High |

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

-----Original Message-----
From: Michael Camacho
Sent: Monday, January 15, 2007 8:12 PM
To: Sarah Holum
Subject: FW: Phoenix Turn up
Importance: High

Sarah,

I really feel that I am being targeted due to my military obligations.

I just learned that I must report back to Military duty tomorrow and am unsure if this means deployment or not. I have e-mailed this to Scott and I still haven't heard anything. I know that military duty causes an inconvenience to the company, but I have no choice but to fulfill my obligation.

Can you please ensure that he is aware of my whereabouts and that I have been trying to reach out to him?

Respectfully,
Michael R. Camacho


-----Original Message-----
From: Michael Camacho
Sent: Wed 1/10/2007 7:11 PM
To: Scott Merrifield
Subject: RE: Phoenix Turn up

Sorry if you did not get this, It is in the calandar. I schedule it in the ops calandar. I spoke with Roger this morning and he agreed to take do the turn up. I have that email if you need it. Call if you need anything. If I dont answer it is because I am on Military Duty, but I will call back when I get a chance. Hope all is going well in the UK.

---

From: Michael Camacho
Sent: Fri 12/15/2006 8:22 PM
To: Scott Merrifield
Subject: January 8-12


Scott,
  I just received a call that I will have to report to Military training on the dates of January 8th-12th. Let me know if you need documents, telephone numbers a point of contact etc. Thanks~

**EXHIBIT D**
DOC FILE

1