**Unknown**

---

| | |
|---|---|
| **From:** | Scott Merrifield |
| **Sent:** | Monday, January 15, 2007 5:06 PM |
| **To:** | Valerie Kilgore |
| **Cc:** | Ron Hayman; Jade Augustine |
| **Subject:** | Re: Employee Termination |

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

```
Valerie:

I need to move forward with this.  As it stands the employee is out of the office and from
a security standpoint it would be beneficial to move forward now avoiding any security
concerns.

I am working on the verbiage of the dismissal and will have that for you in the morning.

Thanks,



Scott Merrifield
CCNA, MCSE, MCP+I, CNA
Network Engineer/Team Lead



----- Original Message -----
From: Valerie Kilgore
To: Scott Merrifield
Cc: Ron Hayman; Jade Augustine
Sent: Wed Jan 10 15:03:03 2007
Subject: RE: Employee Termination

Well typically the ideal way is to handle on the heels of whatever the infraction/behavior
is. When will you be back to the states? Perhaps Ron or another manager can handle in your
absence. Who is the employee and what is the reason for termination? Also has/is the
employee on any corrective action plans?



Valerie Kilgore

Employee Relations Specialist

CareerBuilder, LLC
```