**08 C 448**

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

```
                            jade Very important!!!
From: Michael Camacho
Sent: Tuesday, January 16, 2007 12:49 AM
To: Jade Augustine
Subject: Very important!!!

Importance: High

Jade,
    I don't know if you received my email last week, but things have taken a turn for
the worse. ~~I have been trying to email and call Scott for a while now and haven't
gotten any response.~~ ~~I noticed today on opperform that my q4 rating was a 3.~~ How
is that possible with all that I have accomplished last quarter? The review simply
states missed one or more goals and did not meet daily objectives. ~~That's it, no
detail of exactly what he is referring to. How you know that I was not given any
goals this quarter, in fact that was one of my biggest complaints.~~ In our follow up
phone conversation with Scott he said that he doesn't want to restrict his group to
a project, because it will not allow them to grow technically.

    ~~I have documented the several attempts that I have made for simple things such
as job descriptions, goals, etc. I have always had issues surrounding my military
duty and this isn't any different. I am now apprehensive that my q4 rating
reflects retaliation for military duty and retaliation for bringing
originally bringing my problems to HR.~~

    I have to report back to duty today and wanted to make you aware of what was
happening. When we were chatting in the hallway right after Christmas I wanted to
tell you right there everything that was going on, but I made a promise to you that
I would stick it out for a quarter and see if there were any changes. Well the only
change is that it is apparent that I am being forced out of CB and my Military Duty
is just the time for it to happen. ~~Using retaliation and my military absence as an
excuse for a rating of 3 is unethical and probably illegal. I am coming to you and
saying that hopefully you can provide a swift resolution to this matter. Please
help me in any way you can.~~

Michael
```

**EXHIBIT F**