| | |
|---|---|
| From: | Sarah Holum |
| Sent: | Tuesday, January 16, 2007 9:11 AM |
| To: | Jade Augustine |
| Subject: | Camacho |
| **Importance:** | High |

I think this is going to be a big problem. I saw an email that Scott sent to Valerie saying he was working on verbiage for the termination...I hope this doesn't mean that he's going to just send Mike an email terminating him. I sent Scott an email yesterday reaching out to him and have not heard back. Also, I think I forwarded you a message I received from Mike talking about being retaliated against for brining his issues to our attention and for being on military leave....it doesn't sound good.

-----Original Message-----
From: Michael Camacho
Sent: Tuesday, January 16, 2007 8:49 AM
To: Sarah Holum
Subject: RE: Missing on call...

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

Total of 3 weeks.
Jan 2-9th
Oct 8-15th
Nov 5-12th

I will be needed your help to mediate as Scott has not returned any of my calls or emails. I have everything saved and documented.
-----Original Message-----
From: Sarah Holum
Sent: Tue 1/16/2007 8:43 AM
To: Michael Camacho
Subject: RE: Missing on call...

Mike,

So you are missing pay for the week of January 2nd (Jan 2, 3, 4, 5) and then October 8th and November 5th? Totaling 6 days?

Let me know.

Thanks,

Sarah

-----Original Message-----
From: Michael Camacho
Sent: Monday, January 15, 2007 8:32 PM
To: Sarah Holum
Subject: FW: Missing on call...

Sarah,

This is the missing on-call pay I spoke to you about last week. I also was not paid for the week of Jan. 2nd. So with the below two weeks and this recent week, the total is             I haven't heard one way or the other from Scott about this.

Michael
-----Original Message-----
From: Michael Camacho
Sent: Wed 12/27/2006 5:17 AM

1

**EXHIBIT G**