**08 C 448**

| | |
|---|---|
| From: | Sarah Holum |
| Sent: | Friday, January 26, 2007 1:34 PM |
| To: | Scott Merrifield |
| Subject: | RE: Give me a call... |

Probably not.  I'm meeting with him at 3:30 but it will just be to give him a copy of the contents of his employee file.  He provided us with the documentation this morning regarding his military leave.  Margo has placed a call to his CO to verify the info.  Interestingly enough, the order for his upcoming leave in Feb state that he needs to report to duty on 2/6 and it looks as though the orders run through mid-April, 4/18 I believe.  So....looks like I won't be terminating him for the unapproved leave, unless his orders don't check out.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

-----Original Message-----
From: Scott Merrifield
Sent: Friday, January 26, 2007 1:28 PM
To: Sarah Holum
Subject: Re: Give me a call...

Will do.  I am at 111 right now and will be back there in a couple hours I imagine.   Need me to call prior to that?


Scott Merrifield
CCNA, MCSE, MCP+I, CNA
Network Engineer/Team Lead
careerbuilder.com


----- Original Message -----
From: Sarah Holum
To: Scott Merrifield
Sent: Fri Jan 26 14:26:50 2007
Subject: Give me a call...

Give me a call....my great plan isn't working out how I'd have liked.

1

**EXHIBIT H**