**From:** Michael Camacho
**Sent:** Monday, January 29, 2007 10:59 AM
**To:** mrcamacho@tmail.com
**Subject:** FW: Review

**08 C 448**

-----Original Message-----
From: Scott Merrifield
Sent: Friday, January 26, 2007 3:21 PM
To: Michael Camacho
Subject: Re: Review

Michael:

HR has suggested I do not send you my notes. I apologize.

Thanks,

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

Scott Merrifield
CCNA, MCSE, MCP+I, CNA
Network Engineer/Team Lead

----- Original Message -----
From: Michael Camacho
To: Scott Merrifield
Sent: Fri Jan 26 16:05:45 2007
Subject: FW: Review

Just checking to see if you got this email. Havent heard anything yeton it and it is close to cob on the agreed upon date. Thanks~

From: Michael Camacho
Sent: Fri 1/26/2007 11:29 AM
To: Scott Merrifield
Subject: Review

Just a reminder.... You were going to email me a copy of my review today. I am availible if you still want to go over somethings, or if you decided to upgrade the review to the correct rating.

**EXHIBIT I**