**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL R. CAMACHO, | |
| Plaintiff, | Civil Action No. 08-cv-448 |
| v. | Judge Zagel |
| CareerBuilder, LLC, | Magistrate Judge Schenkier |
| Defendant. | |

**APPEARANCE**

Comes now Michael J. Gray of the law firm Jones Day and hereby respectfully enters his appearance as counsel on behalf of Defendant CareerBuilder, LLC in the above-titled cause.

Dated: March 3, 2008

Respectfully submitted,

s/Michael J. Gray
Michael J. Gray, IL No. 06210880
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
mjgray@jonesday.com

Attorney for Defendant

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Lisa M Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd.
Suite 660
Chicago, IL 60604
(312) 212-1036
lstauff@staufflaw.com

s/Michael J. Gray
Attorney for Defendant