# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL R. CAMACHO,<br><br>    Plaintiff,<br><br>v.<br><br>CareerBuilder, LLC,<br><br>    Defendant. | Civil Action No. 08-cv-448<br><br>Judge Zagel<br><br>Magistrate Judge Schenkier |

## APPEARANCE

Comes now Shelley R. Hebert of the law firm Jones Day and hereby respectfully enters her appearance as counsel on behalf of Defendant CareerBuilder, LLC in the above-titled cause.

Dated: March 3, 2008                                          Respectfully submitted,

                                                                                               s/Shelley R. Hebert

Shelley R. Hebert, IL No. 6280805
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
shebert@jonesday.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Lisa M Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd.
Suite 660
Chicago, IL 60604
(312) 212-1036
lstauff@staufflaw.com

        s/Shelley R. Hebert
        Attorney for Defendant